**Opinion issued April 9, 2024**



In The

# Court of Appeals

For The

## First District of Texas

———————————

**NO. 01-24-00065-CV**

———————————

**KIRKENDALL DWYER, LLP, Appellant**

**V.**

**BEVERLY BROOKS, Appellee**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-33141**

**MEMORANDUM OPINION**

Kirkendall Dwyer, LLP has filed an unopposed motion to dismiss this appeal, asking that we dismiss the appeal and order each party to bear its own costs.

We grant the motion and order this appeal dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Any other pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Hightower.